UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alan J. Ross )<br>Alan J. Ross Insurance Agency, Inc. )<br>dba SAVE Associates )<br>Plaintiff, )<br> )<br> ) Civil Action No. 12-998<br>v. )<br> )<br>Bennett Meyer )<br>Meyer-Chatfield Corp. )<br>David L. Braverman )<br>John Kaskey )<br>Braverman Kaskey PC ) | |

**PRAECIPE TO ISSUE ALIAS SUMMONS**

FILED
MAR 5 - 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

TO THE CLERK OF COURT:

 On February 22, 2012 the Plaintiffs in the above captioned Civil Action filed a Complaint against the five Defendants named above. On February 27, 2012 the Court subsequently mailed four of the summons to the Plaintiffs. One was inadvertently omitted.

 Plaintiffs respectfully request the Clerk to issue an alias summons so that service can be completely executed.

Dated: February 29, 2012

Respectfully Submitted,

*(signature)*

Alan J. Ross, Pro Se for
Alan J. Ross
974 Dedham Street
Newton, MA. 02459

SAVE Associates
C/O Magier Law
687 Highland Avenue - Suite 1
Needham, MA. 02494