UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Blair J. Ross
Blair J. Ross Insurance
Agency, Inc. d/b/a Save Associates
v.
Bennett Meyer, Meyer-Chatfield Corp.
David L. Braverman, John Kaskey
Braverman Kaskey P.C.

Civil Action
No: 2:12-cv-00998-JHS

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, _Blair J. Ross Insurance Agency, Inc._ d/b/a Save Associates, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

FILED
MAR 12 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

March 7, 2012
Date

Signature

Counsel for: Pro Se

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2)  promptly file a supplemental statement if any required information changes.