# Affadavit of Process Server

## US DIST COURT/EASTERN DIST
*Name of Court*

| ALAN J ROSS INSURANCE | vs MEYER-CHATFIELD CORP et al | April 2012 12-998 |
|---|---|---|
| Plaintiff Name | Defendant Name | Case Number |

I, **JOHN SKOPIC**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: **MEYER-CHATFIELD C/O BENNETT MEYER CEO.**
*Name of Person/Entity being served*

with: _____

By leaving with: **MS. PALERMO**    **ASSOCIATE AT COMPANY**
                 *Name*              *Relationship*

**At a** Business   Located at: 261 OLD YORK RD STE 614
                                JENKINTOWN, PA 19046

**On:**  4/25/2012                        11:39 AM
         *Date*                            *Time*

## Manner of Service

## Description

| Age | 40 | Sex | F | Race | W | Height | 5 |
| Weight | 130 | Hair | B | Beard | NO | Glasses | NO |

*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this **25** day of **April 2012** by **JOHN SKOPIC**
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.



**Heaven Sent Couriers**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila County
My Commission Expires October 10, 2013

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania

FILED MAY -2 2012 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

# Affadavit of Process Server

## US DIST COURT/EASTERN DIST
*Name of Court*

| ALAN J ROSS INSURANCE | vs | BENNETT MEYER CEO et al | April 2012 12-998 |
|---|---|---|---|
| *Plantiff Name* | | *Defendant Name* | *Case Number* |

I, **JOHN SKOPIC**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: **BENNETT MEYER CEO C/O MEYER-CHATFIELD CORP**
*Name of Person/Entity being served*

with: _____

By leaving with: **MS PALERMO** (Name)   **ASSOCIATE AT COMPANY** (Relationship)

At a **Business** Located at: **261 OLD YORK RD STE 614 JENKINTOWN, PA 19046**

On: **4/25/2012**   **11:39 AM**
*Date*   *Time*

## Manner of Service

## Description

| Age | 40 | Sex | F | Race | W | Height | 5'8" |
|---|---|---|---|---|---|---|---|
| Weight | 130 | Hair | B | Beard | NO | Glasses | NO |

FILED MAY 02 2012 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this **25** day of **April 2012** by **JOHN SKOPIC**
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.

**Heaven Sent Couriers**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2013

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania

# Affadavit of Process Server

## US DIST COURT/EASTERN DIST
*Name of Court*

| ALAN J ROSS INSURANCE | vs BRAVERMAN KASKEY P.C. et al | April 2012 12-998 |
|---|---|---|
| *Plantiff Name* | *Defendant Name* | *Case Number* |

I, **CHRIS ECK**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: **BRAVERMAN KASKEY PC**
*Name of Person/Entity being served*

**with:** _____

**By leaving with:** Marie Yagle (Name) — Receptionist (Relationship)

**At a** Business   **Located at:** 1650 MARKET ST 56TH FL, PHILA, PA 19103

**On:** 4/25/2012   *Date*   11:39 AM   *Time*

## Manner of Service

## Description

| Age | 50 | Sex | F | Race | White | Height | 5'8 |
| Weight | short/dark | Hair | 150 | Beard | N/A | Glasses | yes |

FILED
MAY 02 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this **25** day of **April 2012** by **CHRIS ECK**
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.

**Heaven Sent Couriers**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2013

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania

# Affadavit of Process Server

## US DIST COURT/EASTERN DIST
*Name of Court*

| ALAN J ROSS INSURANCE | vs | DAVID BRAVERMAN et al | April 2012  12-998 |
|---|---|---|---|
| *Plantiff Name* | | *Defendant Name* | *Case Number* |

I, **CHRIS ECK**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: **DAVID BRAVERMAN C/O BRAVERMAN KASKEY P.C.**

*Name of Person/Entity being served*

**with:** _____

**By leaving with:** Marie Yngle (Name)   Receptionist (Relationship)

**At a** Business **Located at:** 1650 MARKET ST  56TH FL
PHILA, PA 19103

**On:** 4/25/2012     11:39 AM
*Date*     *Time*

## Manner of Service

## Description

| Age | 50 | Sex | F | Race | White | Height | |
| Weight | 150 | Hair | short/dark | Beard | N/A | Glasses | yes |

FILED
MAY 02 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this  25  day of  April 2012   by  CHRIS ECK
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.

**Heaven Sent Couriers**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2013

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania

# Affadavit of Process Server

## US DIST COURT/EASTERN DIST
*Name of Court*

| ALAN J ROSS INSURANCE | vs | JOHN KASKEY et al | April 2012 12-998 |
|---|---|---|---|
| *Plantiff Name* | | *Defendant Name* | *Case Number* |

I, **CHRIS ECK**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: **JOHN KASKEY C/O BRAVERMAN KASKEY P.C.**
*Name of Person/Entity being served*

with: _____

By leaving with: **Marie Yagle**   **Receptionist**
                    *Name*              *Relationship*

At a **Business** Located at: **1650 MARKET ST  56TH FL**
                                **PHILA, PA 19103**

On: **4/25/2012**     **11:39 AM**
       *Date*           *Time*

**Manner of Service**

FILED
MAY 02 2012
MICHAEL E. KUNZ, Clerk
___ Dep. Clerk

**Description**

| Age | 50 | Sex | F | Race | White | Height | 5'8" |
|---|---|---|---|---|---|---|---|
| Weight | 150 | Hair | short/dark | Beard | N/A | Glasses | yes |

*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this **25** day of **April 2012** by **CHRIS ECK**
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.

**Heaven Sent Couriers**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2013

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania